RECEIVED

OCT 16 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE OPELOUSAS DIVISION

| | | |
|---|---|---|
| LAURA LAUNEY and LYNDA FONTENOT-CHARLES | * | CIVIL ACTION NO. 04-CV-01555 |
| | * | |
| VERSUS | * | JUDGE DOHERTY |
| WYETH, f/k/a AMERICAN HOME PRODUCTS CORPORATION, ET AL. | * | MAGISTRATE JUDGE HILL |

## ORDER

The Court, having considered the Stipulation of Voluntary Dismissal, finds that it should be accepted. All claims of Laura Launey, in the above-captioned action are dismissed with prejudice and each party to bear its respective costs.

SIGNED this ___ day of _____, 2006.

_____
JUDGE